UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **WARREN CIRAVOLA** | **CIVIL ACTION** |
| **VERSUS** | **NO. 19-10837** |
| **DARREL VANNOY, WARDEN** | **SECTION: "I"(3)** |

**O R D E R**

The Court, having considered the petition, the record, the applicable law and the Report and Recommendation of the United States Magistrate Judge, and the objection by plaintiff, Warren Ciravola, which is hereby **OVERRULED**, approves the Magistrate Judge's Findings and Recommendation and adopts it as its opinion. Accordingly,

**IT IS ORDERED** that the federal application for habeas corpus relief filed by Warren Ciravola is **DISMISSED WITH PREJUDICE**.

New Orleans, Louisiana, this 13th day of February, 2020.

---

**LANCE M. AFRICK**
**UNITED STATES DISTRICT JUDGE**